Nicole D. Mariani, Lisa Tobin Rubio, H. Ron Davidson, Wifredo A. Ferrer, Laura Thomas Rivero, Emily M. Smachetti, Arimentha R. Walkins, U.S. Attorney's Office, MIAMI, FL, for Plaintiff-Appellee

Kevin Brennan, Pro Se

Before JULIE CARNES, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Paul Petruzzi, appointed counsel on appeal for Kevin Brennan in this appeal from the denial of Brennan's *pro se* Rule 33 motion for new trial, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Additionally, Brennan, *pro se*, has filed a "motion for bond pending appeal in response to prior motion to withdraw," which is, in essence, a motion for immediate release. First, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Second, Brennan has shown no reason that he is entitled to release from prison, rather, he has argued only that he should be released so that he can litigate the present appeal. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, the denial of Brennan's motion for new trial is **AFFIRMED**, and Brennan's motion for immediate release is **DENIED**.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Robert BENEBY, Defendant-Appellant.

No. 16-10269

Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 6, 2017)

Benjamin Coats, Wifredo A. Ferrer, Daren Grove, Emily M. Smachetti, Brooke C. Watson, Assistant U.S. Attorney, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Robert Beneby, Coleman, FL, for Defendant-Appellant

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Reginald Moss, Jr., appointed counsel for Robert Beneby in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record, including Beneby's response to counsel's motion, reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Beneby's convictions and total sentence are **AFFIRMED**.